upon the ground that no errors were committed upon the trial to plaintiff's prejudice, and upon the further ground that plaintiff failed to show that decedent was free from negligence contributing to the injury.

HIRSCHBERG, J., dissents.

COLE, Appellant, v. JUDSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by George B. Cole against John B. Judson and George Chant, as administrators, etc., of Adam Frederick, deceased.

PER CURIAM. Judgment affirmed, with costs.

HOUGHTON, J., dissents.

COMMERCIAL TRUST CO. OF NEW YORK v. PECK et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Commercial Trust Company of New York against Walter A. Peck and others. Maria A. Bird, appellant. No opinion. Motion to compel counsel to accept service of notice of appeal granted, without costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1133; 135 App. Div. 732, 119 N. Y. Supp. 946.

COMMERCIAL TRUST CO. OF NEW YORK v. PECK et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Commercial Trust Company of New York against Walter A. Peck and others. Maria A. Bird, appellant. No opinion. Motion to dismiss appeal from order denying motion for extension of time in which to serve case on appeal denied, without costs, without prejudice to renew. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1133; 135 App. Div. 732, 119 N. Y. Supp. 946.

CONDICT, Respondent, v. ONWARD CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Nathan W. Condict against the Onward Construction Company and others. L. L. Kellogg, for appellants. F. Hulse, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CONTI et al. v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Guiseppe Conti and others against the People's Surety Company of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1108.

CONTINENTAL SECURITIES CO. et al., Respondents, v. BELMONT et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Continental Securities Company and Clar-

ence H. Venner, stockholders in the Interborough Rapid Transit Company, etc., against August Belmont and others. No opinion. Order (130 N. Y. Supp. 792) affirmed, with $10 cost and disbursements.

CONVERSE, Respondent, v. CONVERSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by George Converse against Harry Converse.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., dissents.

COON, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Myron S. Coon against the United Traction Company. No opinion. Judgment and order reversed, as against the weight of evidence, and new trial granted in the City Court of Albany, with costs of appeal in this court and in the County Court to the appellant to abide the event.

CORNELIUS, Respondent, v. ITHACA SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Caroline Cornelius against the Ithaca Savings Bank. No opinion. Judgment and order unanimously affirmed, with costs.

CORNWELL, Appellant, v. SANFORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by William C. Cornwell against Thomas F. Sanford. No opinion. Judgment and order affirmed, with costs.

CORTIS, Respondent, v. GREAT SOUTHERN LUMBER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Alfred E. Cortis against the Great Southern Lumber Company. J. Mc. Mitchell, for appellant. R. S. Rounds, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

CORTLAND COUNTY, Appellant, v. SCHUYLER COUNTY, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by the County of Cortland against the County of Schuyler. No opinion. Judgment unanimously affirmed, with costs.

CORY, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Ac-